1
2
3
4
5
6
7
8

**O**
**JS-6**

9

10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11

12

13   STEPHEN CUMMINGS, INC.,

14                    Plaintiff,

15          v.

16   DOLBY LABORATORIES, INC. ET AL,

17                    Defendants.

18

Case No. 2:20-cv-04443-ODW-(PVCx)

**JUDGMENT**

19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1

# JUDGMENT

In light of the Court's Order **GRANTING** Defendants' Motions to Dismiss, it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.  Plaintiff shall recover nothing from Defendants;

2.  Plaintiff's Complaint is dismissed on the merits and with prejudice;

3.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 16, 2020

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**