UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| STEPHEN CUMMINGS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DOLBY LABORATORIES, INC., a California Corporation; LIGHTSTORM ENTERTAINMENT, INC., a California Corporation; SONY PICTURES ENTERTAINMENT, INC., a California Corporation; PARAMOUNT PICTURES CORP., a California Corporation; PARAMOUNT HOME ENTERTAINMENT, INC., a California Corporation; TWENTIETH CENTURY FOX FILM CORP., a California Corporation; JAMES CAMERON, an individual; and Does 1-50,<br><br>Defendants. | Case No. 2:20-cv-04443-ODW-PVC<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Judge: Hon. Otis D. Wright, II |

# JUDGMENT

In light of the Court's Order **GRANTING** Defendants' Motion for Attorneys' Fees and Costs it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendants James Cameron, Lightstorm Entertainment, Inc., Paramount Pictures Corporation, Paramount Home Entertainment Inc., and Twentieth Century Fox Film Corp. shall recover attorneys' fees in the amount of $19,980 and litigation costs in the amount of $400, for a total award of $20,380.

**IT IS SO ORDERED**.

Dated: April 26, 2021.

_____
Hon. Otis D. Wright, II
United States District Judge