UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHEN CUMMINGS,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>DOLBY LABORATORIES, INC., a California Corporation; et al.,<br><br>   Defendants-Appellees. | No. 21-55612<br><br>D.C. No.<br>2:20-cv-04443-ODW-PVC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  O'SCANNLAIN, THOMAS, and TALLMAN, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction is granted. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).  The district court did not abuse its discretion in striking appellant's motion for an extension of time to appeal.  *Cf. Pincay v. Andrews,* 389 F.3d 853, 859-60 (9th Cir. 2004) (en banc) (holding that the district court has "wide discretion" to evaluate the relevant equitable factors in connection with a motion to extend time for appeal).

 **DISMISSED.**

MF/Pro Se